The Honorable Shirley Graham
District/County Clerk Irion County
209 N. Parkview Ave
P.O. Box 270
Mertzon, TX  76941

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 2:22:31 PM
CHRISTOPHER A. PRINE
Clerk

November 12, 2025

RE:     Court of Appeals Number:     15-25-00171-CV
        Trial Court Case Number:     CV22-023

Syle:   Oney Cordes
        v. Elisabeth Lorraine Noelke, M.D.; 7H Ranch Management, Inc.; Noelke Ranch, LLC; and
        Dutchwoman Ranch, LLC

Good evening,

Our Clerk Record is due today, November 12, 2025, for the referenced 15th Court of Appeals
Number.  We have yet to receive any form of payment for our record from the Appellant,
therefor we are unable to provide our Clerks Record.

Appellant's Attorney advised via email they had mailed the payment on November 3rd, 2025,
but we have yet to receive it.  At this time, we are not asking for another extension, rather
informing the 15th Court of Appeals of payment or rather _no_ payment to us.

Sincerely,

Shirley Graham, District/County Clerk Irion County


By:     _/s/ Cassie Sawyer_
        Deputy Clerk